**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7012**

———————

ISAAC LEE WILLIAMS,

Plaintiff - Appellant,

versus

MICHAEL PVO, Deputy USM; ANTOINE K. WESTON,
MPD #2076; JOHN ANDREWS, MPD #3959; JAME
BROOKS, JR., Deputy USM; MICHAEL SHAVNE
WILLIAMS, Deputy USM #5315,

Defendants - Appellees,

and

PARRIS N. GLENDENING, Governor for Maryland;
WAYNE K., Executive Director; JOHN S. FARRELL,
Chief Police,

Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. William M. Nickerson, Senior District
Judge. (CA-01-1492)

———————

Submitted: November 7, 2002       Decided: November 13, 2002

———————

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

Isaac Lee Williams, Appellant Pro Se.   Thomas Michael DiBiagio, Jennifer Lilore Huesman, Ariana Wright Arnold, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Isaac Lee Williams appeals the district court's order granting summary judgment to Defendants in Williams' <u>Bivens</u>[*] action. We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Williams v. Pvo</u>, No. CA-01-1492 (D. Md. June 20, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).